IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| ARATA EXPOSITIONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No.: _____ |
| NATIONAL CONVENTION SERVICES, LLC, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, National Convention Services, LLC, hereby removes this action to the United States District Court for the District of Maryland, and in support thereof, states as follows:

1. On or about October 16, 2014, Plaintiff, Arata Expositions, Inc. ("Arata"), served a Complaint and Writ of Summons upon Defendant, National Convention Services, LLC ("NCS"), asserting one count for breach of contract. The Complaint alleges damages of $137,482.52.

2. Arata filed the Complaint in the Circuit Court for Montgomery County, Maryland, where it is currently pending under Case No. 396163-V.

3. The sole Plaintiff, Arata, is incorporated under the laws of the State of Maryland and, upon information and belief, its principal place of business is located within the State of Maryland.

4. The sole Defendant, NCS, is organized and existing under the laws of the State of New York and its principal place of business is located within the State of New York. No owners or members of NCS, a Limited Liability Company, are citizens of the State of Maryland for diversity purposes.

5. The matter in controversy exceeds $75,000.00, exclusive of interest and costs, and complete diversity exists. Therefore, this action is removable by virtue of 28 U.S.C. § 1332 and 1441.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon NCS are filed herewith. Complete copies are attached hereto and incorporated by reference herein as <u>Exhibits A-F</u>.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after receipt by NCS of the Complaint and Writ of Summons. Accordingly, this Notice of Removal is timely.

WHEREFORE, Defendant, National Convention Services, LLC, hereby removes this action to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
ADAM C. HARRISON (#09416)

HARRISON LAW GROUP
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204
Tel: (410) 832-0000
Fax: (410) 832-9929
aharrison@harrisonlawgroup.com

*Counsel for Defendant,*
*National Convention Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of November, 2014, that a copy of the foregoing Notice of Removal was served via first class mail, postage prepaid, upon the following counsel of record:

J. Stephen McAuliffe, III, Esquire
Rachel A. Shapiro, Esquire
Miles & Stockbridge P.C.
11 North Washington Street, Ste. 700
Rockville, Maryland 20850

*Counsel for Plaintiff,*
*Arata Expositions, Inc.*

ADAM C. HARRISON