IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

ARATA EXPOSITIONS, INC.       *
15928 Tournament Drive          *
Gaithersburg, Maryland 20877    *
                                   *
        Plaintiff,          *
                                   *
vs.                         *     Case No. _____
                                 *
NATIONAL CONVENTION SERVICES, LLC *
145 West 30th Street          *
New York, New York 10001       *
                                 *
SERVE:                     *
     James Angellinao, Managing Member  *
     145 West 30th Street        *
     New York, NY 10001        *
                                 *
        Defendant.        *

---

## COMPLAINT
### (Breach of Contract)

Plaintiff, Arata Expositions, Inc. ("Arata") by and through its counsel, J. Stephen McAuliffe, III, Rachel A. Shapiro and Miles & Stockbridge P.C., sues Defendant National Convention Services, Inc. ("National") for breach of contract, and in support thereof, states the following:

1.    Plaintiff Arata is a corporation incorporated in the State of Maryland.  It is engaged in the business of providing general contracting support for trade shows, conventions, sales meetings and corporate events.

2.      Defendant National is a limited liability company that does business in the State of Maryland.

3.      On or about December of 2013, Arata entered into an agreement with National pursuant to which Arata agreed to provide for National the labor needed to perform the CURVExpo ("CURVE") show at the Jacob K. Javits Convention Center in February of 2014 (the "Show"). Pursuant to the agreement, National agreed to provide the labor required to set up and dismantle the Show and National agreed to reimburse Arata for the costs of the labor and pay a ten percent (10%) fee. Additionally, National agreed to reimburse Arata for the cost of all equipment rented by Arata to set up and dismantle the Show.

4.      Arata performed pursuant to the parties' agreement and between February 20, 2013 and March 20, 2013, National paid Arata $175,000.00 of the $312,482.52 which it owes to Arata for services provided by Arata to National pursuant to the parties' contract. A copy of the March 21, 2014 invoice by Arata to national for the $137,482.52 balance owed by Arata to National is attached hereto as **Exhibit A** and incorporated herein by reference.

5.      Subsequent to the March 21, 2014 invoice (Exhibit A) and at times thereafter, National refused to pay, and did not pay, the remaining $137,482.52 due under the terms of the aforesaid contract, thereby materially breaching its contract with Plaintiff Arata.

6.      Arata has incurred a loss of $137,482.52 as a result of the breach of contract by National.

WHEREFORE, Plaintiff Arata Expositions, Inc. requests that the Court enter judgment in its favor and against National Convention Services LLC in the amount of One Hundred Thirty Seven Thousand Four Hundred Eighty Two and 52/100 Dollars ($137,482.52), plus interest,

2

together with reasonable attorneys' fees, expenses and court costs incurred in the filing of this action.

Respectfully submitted,

J. STEPHEN McAULIFFE, III
RACHEL A. SHAPIRO
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland  20850
Telephone (301) 762-1600

3



arata exhibitions, inc.

15928 tournament drive
gaithersburg, md 20877
telephone (301) 921-0800
fax (301) 990-1717
www.arataexpo.com

Mr. James Angellino
National Convention Services, LLC
145 West 30th St
New York, NY 10001

3/21/2014                                                                    3140020001
Curve Expo NY - 02/20-26/2014- Jacob Javits CC

| Provide labor to setup and dismantle show per attached: | | |
|---|---|---|
| Subtotal | $ | 283,970.94 |
| 10% fee | | 28,397.09 |
| NY sales tax | | 114.49 |
| Grand total | $ | 312,482.52 |
| less pmts | | (175,000.00) |
| Balance Due | $ | 137,482.52 |

Due and Payable upon receipt

Past due invoices will be assessed 2% per month late fee

Exhibit
A

Curve Expo - NY
Jacob Javits Conv Ctr
Labor detail
02/20-02/26/2014

| Date | Day | Labor Type | # of men | ST hours | OT hours | DT hours | ST $ | OT $ | DTS | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2014 | Thursday | Journeyan Carpenter | 39 | 233.5 | 61 | | 27,086.00 | 8,854.76 | | 35,940.76 |
| | | Carpenter Apprentice | 8 | 35 | 5 | | 2,721.60 | 484.00 | | 3,205.60 |
| | | Carpenter Foreman | 1 | 8 | 5 | | 962.88 | 757.80 | | 1,720.68 |
| | | | | | | | | | | |
| | | Teamster Foreman | 1 | 8 | 1 | | 753.28 | 122.20 | | 875.48 |
| | | Hi-LO | 6 | 48 | 24 | | 4,183.68 | 2,682.24 | | 6,865.92 |
| | | | | | | | | | | |
| 2/21/2014 | Friday | Journeyan Carpenter | 32 | 230 | 118.5 | | 26,680.00 | 17,201.46 | | 43,881.46 |
| | | Carpenter Apprentice | 2 | 16 | 3 | | 1,244.16 | 290.40 | | 1,534.56 |
| | | Carpenter Foreman | 1 | 8 | 5.5 | | 962.88 | 833.58 | | 1,796.46 |
| | | | | | | | | | | |
| | | Hi-LO | 4 | 32 | 5 | | 2,789.12 | 558.80 | | 3,347.92 |
| | | | | | | | | | | |
| 2/22/2014 | Saturday | Journeyan Carpenter | 31 | 329.5 | 104.5 | | - | 47,830.22 | 18,295.86 | 66,126.08 |
| | | Carpenter Apprentice | 3 | 23 | 8 | | - | 2,226.40 | 936.00 | 3,162.40 |
| | | Carpenter Foreman | 1 | 13 | | | - | 1,970.28 | | 1,970.28 |
| | | | | | | | | | | |
| | | Teamster Foreman | 1 | 20 | | | - | 2,444.00 | | 2,444.00 |
| | | Hi-LO | 4 | 64 | | | - | 7,152.64 | | 7,152.64 |
| | | Checker/Helper | 8 | 78 | | | - | 7,843.68 | | 7,843.68 |
| | | | | | | | | | | |
| 2/23/2014 | Sunday | Journeyan Carpenter | 7 | | 35.5 | 18.5 | | 5,153.18 | 3,238.98 | 8,392.16 |
| | | Carpenter Apprentice | 1 | | | | | | 1,096.80 | 1,096.80 |
| | | Carpenter Foreman | | | | 6 | | | | |
| | | | | | | | | | | |
| | | Teamster Foreman | | | | | | | | |
| | | Hi-LO | | | | | | | | |
| | | Checker/Helper | 1 | 8 | | | 804.48 | | | 804.48 |

Curve Expo- NY
Jacob Javits Conv Ctr
Labor detail
02/20-02/26/2014

| Date | Day | Labor Type | # of men | ST hours | OT hours | OT hours | ST $ | OT $ | DTS | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2014 | Monday | Journeyman Carpenter | 4 | 25 | 5 | | 2,900.00 | 725.80 | | 3,625.80 |
| | | Carpenter Foreman | 1 | 4 | | | 481.44 | | | 481.44 |
| | | | | | | | | | | |
| | | Teamster Foreman | | | | | | | | |
| | | HI-LO | | | | | | | | |
| | | Checker/Helper | 1 | 8 | 0.5 | | 635.52 | 50.28 | | 685.80 |
| | | | | | | | | | | |
| 2/25/2014 | Tuesday | Journeyman Carpenter | 37 | 251 | 22 | | 29,116.00 | 3,193.52 | | 32,309.52 |
| | | Carpenter Apprentice | 1 | 6 | | | 466.56 | | | 466.56 |
| | | Carpenter Foreman | 1 | 8 | 3.5 | | 962.88 | 530.46 | | 1,493.34 |
| | | | | | | | | | | |
| | | Teamster Foreman | 1 | 8 | 2 | | 753.28 | 244.40 | | 997.68 |
| | | HI-LO | 6 | 48 | | | 4,183.68 | | | 4,183.68 |
| | | Checker/Helper | 7 | 56 | 2 | | 4,448.64 | 201.12 | | 4,649.76 |
| | | | | | | | | | | |
| 2/26/2014 | Wednesday | Journeyman Carpenter | 31 | 204.5 | 14.5 | | 23,722.00 | 2,104.82 | | 25,826.82 |
| | | Carpenter Apprentice | 1 | 5.5 | | | 427.68 | | | 427.68 |
| | | Carpenter Foreman | 1 | 8 | | | 120.36 | 1,212.48 | | 1,332.84 |
| | | | | | | | | | | |
| | | Teamster Foreman | 1 | 8 | 3 | | 753.28 | 366.60 | | 1,119.88 |
| | | HI-LO | 6 | 48 | | | 4,183.68 | | | 4,183.68 |
| | | Checker/Helper | 1 | 8 | | | 635.52 | | | 635.52 |
| | | | | | | | | | | |
| | | Arata Supervisor/Foreman - Jason Riso - 8ST @ 120.36, 7.5 @ 151.56 OT | | | | | | | | 2,099.58 |
| | | Forklift Rental Headquarters, Inc. | | | | | | | | 1,250.00 |

| | | |
|---|---|---|
| Subtotal | $ | 283,970.94 |
| 10% fee | $ | 28,397.09 |
| Sales tax on FL rental | $ | 114.49 |
| Grand Total | $ | 312,482.52 |
| less pmts | $ | (175,000.00) |
| Balance Due | $ | 137,482.52 |

Circuit Court for _____
<br>*City or County*

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

*DIRECTIONS:*
> *Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.*
> *Defendant: You must file an Information Report as required by Rule 2-323(h).*
> *THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.*

FORM FILED BY: ☐ PLAINTIFF  ☐ DEFENDANT    CASE NUMBER _____
<br>(Clerk to insert)

CASE NAME: _____ vs. _____
<br>*Plaintiff*                *Defendant*

JURY DEMAND: ☐ Yes ☐ No    Anticipated length of trial: _____ hours or _____ days
RELATED CASE PENDING? ☐ Yes ☐ No   If yes, Case #(s), if known: _____

Special Requirements? ☐ Interpreter (Please attach Form CC-DC 41)
<br>☐ ADA accommodation (Please attach Form CC-DC 49)

### NATURE OF ACTION (CHECK ONE BOX) / DAMAGES/RELIEF

**TORTS**
- ☐ Motor Tort
- ☐ Premises Liability
- ☐ Assault & Battery
- ☐ Product Liability
- ☐ Professional Malpractice
- ☐ Wrongful Death
- ☐ Business & Commercial
- ☐ Libel & Slander
- ☐ False Arrest/Imprisonment
- ☐ Nuisance
- ☐ Toxic Torts
- ☐ Fraud
- ☐ Malicious Prosecution
- ☐ Lead Paint
- ☐ Asbestos
- ☐ Other _____

**LABOR**
- ☐ Workers' Comp.
- ☐ Wrongful Discharge
- ☐ EEO
- ☐ Other _____

**CONTRACTS**
- ☐ Insurance
- ☐ Confessed Judgment
- ☐ Other _____

**REAL PROPERTY**
- ☐ Judicial Sale
- ☐ Condemnation
- ☐ Landlord Tenant
- ☐ Other _____

**OTHER**
- ☐ Civil Rights
- ☐ Environmental
- ☐ ADA
- ☐ Other _____

**A. TORTS** — Actual Damages
- ☐ Under $7,500
- ☐ $7,500 - $50,000
- ☐ $50,000 - $100,000
- ☐ Over $100,000
- ☐ Medical Bills $_____
- ☐ Property Damages $_____
- ☐ Wage Loss $_____

**B. CONTRACTS**
- ☐ Under $10,000
- ☐ $10,000 - $20,000
- ☐ Over $20,0000

**C. NONMONETARY**
- ☐ Declaratory Judgment
- ☐ Injunction
- ☐ Other _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
- A. Mediation ☐ Yes ☐ No
- B. Arbitration ☐ Yes ☐ No
- C. Settlement Conference ☐ Yes ☐ No
- D. Neutral Evaluation ☐ Yes ☐ No

### TRACK REQUEST
*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*
- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date _____    Signature _____

CC/DCM 002 (Rev. 2/2010)                Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐
Expedited
Trial within 7 months
of Filing

☐
Standard
Trial within 18 months
of Filing

☐ EMERGENCY RELIEF REQUESTED _____

| Signature | | Date |

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing          ☐ Standard - Trial within 18 months of Filing

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Standard-Short | Trial 210 days. |
| ☐ | Standard | Trial 360 days. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ |
| ☐ | Asbestos | Events and deadlines set by individual judge. |
| ☐ | Protracted Cases | Complex cases designated by the Administrative Judge. |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

CC/DCM 002 (Rev. 2/2010)                                    Page 2 of 3

## CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited
(Trial Date-90 days)

Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard
(Trial Date-240 days)

Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard
(Trial Date-345 days)

Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex
(Trial Date-450 days)

Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.